# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

February 23, 2010

BEFORE:

TERENCE T. EVANS, Circuit Judge

DIANE S. SYKES, Circuit Judge

PHILIP P. SIMON, Chief District Judge*

| No.: 08-2265 | BONNIE J. MASON, individually and as co-administrator of the estate of Tricia M. Mason, deceased, and WILLIAM L. MASON, individually and as co-administrator of the estate of Tricia M. Mason, deceased, Plaintiffs - Appellants<br><br>v.<br><br>SMITHKLINE BEECHAM, doing business as Glaxosmithkline, a Pennsylvania Corporation, Defendant - Appellee |
|---|---|

**Originating Case Information:**

District Court No: 1:05-cv-01252-MMM-BGC
Central District of Illinois
District Judge Michael M. Mihm

The judgment of the district court is **REVERSED**, with costs, and the case is **REMANDED** for further proceedings.  The above is in accordance with the decision of this court entered on this date.

*The Honorable Philip P. Simon, United States District Court Judge for the Northern District of Indiana, sitting by designation.

form name: **c7_FinalJudgment** (form ID: **132**)